
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

Case No.:   4:24-cv-00490-Y

THE 134 PAC LLC, and CARLA )
SCHOONOVER a.k.a. Carla Schoonover Porter, )
individually, and in her capacity as Democratic )
Party County Chair of Palo Pinto County, Texas, )
    Plaintiffs and Counter-Defendants, )
     )
    v. )
     )
RUSSELL HESS, )
    Defendant, )
     )
    *and* )
     )
LANN MURPHY, and BRANDON JOHNSON, )
    Defendants and Counter/Cross-Plaintiffs, )
     ) **RELATED CURRENT CASES: TXND-Y**
    v. )
     ) **CONSTITUTIONAL QUESTIONS**
THE COUNTY OF PALO PINTO (Texas), JON )
MARK HOGG, and JANE NELSON in her ) **FORMAL DEMAND FOR JURY TRIAL**
capacity as Texas Secretary of State, )
    Cross-Defendants. ) **INJUNCTIVE RELIEF REQUESTED**

## Defendants Lann Murphy and Brandon Johnson's Joint First Amended Counter-Complaint and Cross-Complaint

Come now Defendants, Lann Murphy and Brandon Johnson, who jointly amend and add to their various counter-claims and cross-claims filed originally, by stating and providing thusly:

<u>BACKGROUND</u>

The Plaintiffs filed a complaint. The undersigned Defendants filed an answer, and then also timely amended our original answer, together with raising our original counter claims and cross claims, therefore adding cross-defendants. We now amend our counter claims and cross claims, adding Jane Nelson as a cross-defendant only in her official capacity as Texas Secretary of State.

1

<u>NOTICE OF RELATED CASES</u>

The Plaintiffs have neglected and failed their duty to file a Notice of Related Cases, pursuant to TXND Local Rule 3.3 – their simple notation on the bottom of the JS-44 form is insufficient.

As the Court is well aware, the Palo Pinto County Conservatives, the Grass Roots Mineral Wells PAC, and fellow plaintiff Johanna Miller have sued all five (5) County Commissioners of Palo Pinto County regarding their sudden promulgation of a county Order purporting to alter and limit general electioneering activities in areas adjacent to and/or otherwise around the Palo Pinto County Annex building as used for polling/elections.  That is case 4:24-cv-328-Y in this Court.

This instant action by Plaintiffs is akin to a *particular* version case of the other *general* case, or as otherwise stated, this instant case is akin to a personalized version of that other general case on behalf of the public at large.  The material facts of both cases overlap and blend to the point of blurring.  Indeed, the defendant County Commissioners in that other case, and also the pair of Plaintiffs in this instant case, have all and jointly blamed – primarily – the instant Defendants via their respective allegations sides of the equations within both said inextricably intertwined cases.

In the other case, the County Commissioners *primarily* accuse the instant Defendants for their reasoning in promulgating said county Order *in the first place*, whereas in this newer instant case, the Plaintiffs herein accuse *solely* the instant Defendants of materially the same allegations.

The two cases, both pending in this same Court with the same Judge, are directly related, in multiple respects, and the Plaintiffs clearly failed their duty under Local Rule 3.3 to report same.

<u>JURY DEMAND</u>

The undersigned Defendants have duly invoked jury trial by separate demand Notice(s).  The Plaintiffs have asserted their belief that jury trial is not available under Section 11b of the Voting Rights Act, whereas Defendants assert that jury trial must *necessarily* be available because the

very next section, Section 12 of the Voting Rights Act, applies criminal prosecution to the very same conduct issues as Section 11b of the Voting Rights Act. Further, when it comes to a case such as this, *wherein any individual non-governmental parties filed suit under federal civil rights statutes upon ostensible behalf of the general public*, we – the Defendants – are entitled to claim the right to jury trial, as decided by the Supreme Court in *Curtis v. Loether*, 415 U.S. 189 (1974).

## DEFENDANTS LANN MURPHY AND BRANDON JOHNSON'S JOINT FIRST AMENDED COUNTER-COMPLAINT AND CROSS-COMPLAINT

### Introduction

The actual truth and reality of this case is that local area Blue Dog Democrats and local area RINOs, both political minorities of the same wider regional area, and yet somewhat similar in their political leanings, have conspired in their desperation to perpetrate repetitive unlawful acts of election interference against the much larger electorate of local area voters and candidates and campaign supporters who identify as Conservatives, Populists and/or similar-minded citizens.

Most recently first, the Palo Pinto County Commissioners pulled a fast one in violation of law to falsely promulgate a county Order purporting to alter and limit citizens' First Amendment electioneering rights within the public square. Then after said Order had already been enjoined in large part by the Fifth Circuit Court of Appeals, the County has committed *more* unlawful election interference by still further continuing to falsely and fraudulently promote that same full electioneering Order *as ostensibly remaining unchanged* during both early voting and general voting for a local runoff election held on May 28th, 2024. And the County is still yet to this very day perpetrating *yet more* election interference, in blatant criminal contempt by brazenly defying the Fifth Circuit, by *still* officially maintaining and promoting said unlawful Order as ostensibly unchanged gospel published unto the masses. And now there is *even more* election interference by the instant Plaintiffs filing this wholly false and meritless action as their political retaliation,

3

political threat and political intimidation, against not only the instant Defendants, but as also against all local area Conservatives, Populists and/or similar voters, and their *even more* election interference by recently conducting a fraudulent campaign of outrageous libel perpetrated across social media platforms and also via local, regional and even international news outlets to falsely defame and smear the instant Defendants for their lawful electioneering activities in support of candidates, so as to also threaten and intimidate *other* local area Conservatives, Populists and/or similar *voters*, and thereby falsely sway local elections processes towards their unearned favor.

The simple truth is that the instant Defendants have been for years now locally recognized as some of the most "front and center" active grassroots campaign supporters, and that is why we have been falsely targeted with this instant illegal political lawfare.  We lawfully out-campaign the local political opposition amalgamation more often than not.  The local County and City leadership establishment generally aligns with our local political opposition Blue Dog Democrats and RINOs against us, but they still have been slowly losing more and more of their previous grip upon local power, and they don't seem to be able to see the proverbial writing on the wall, whereas in the recent March 2024 primaries of Palo Pinto County the local supporters of Trump for President within Palo Pinto County out-voted with a greater than 4-to-1 ratio *all* of this year's *entire* crop of various Democrat and RINO presidential candidates *combined*....

And this instant nonsense lawsuit foisted by the Plaintiffs is just another desperate attempt by the cabal of our political opposition to try and retain local power, by fraudulently weaponizing this Court as false political lawfare against the instant Defendants in yet further federal crimes of election interference to also threaten and intimidate *other* local area Conservatives, Populists and/or similar *voters*, thereby falsely swaying local elections processes towards the cabal's favor.

4

It is beyond any reasonable question that undersigned Defendants have very well established rights to participate fully within **any** and **all** election, campaign, and related political activities. "Whatever differences may exist about interpretations of the First Amendment, there is practically universal agreement that a major purpose of that Amendment was to protect the free discussion of governmental affairs." *Mills v. Alabama*, 384 U.S. 214, 218, 86 S. Ct. 1434, 1437, 16 L.Ed.2d 484 (1966). "For speech concerning public affairs is more than self-expression; it is the essence of self-government." *Garrison v. Louisiana*, 379 U.S. 64, 74-75, 85 S. Ct. 209, 216, 13 L.Ed.2d 125 (1964). Accordingly, "the First Amendment 'has its fullest and most urgent application' to speech uttered during a campaign for political office." *Eu v. San Francisco Democratic Comm.*, 489 U.S. 214, 223, 109 S. Ct. 1013, 1020, 103 L.Ed.2d 271 (1989) (quoting *Monitor Patriot Co. v. Roy*, 401 U.S. 265, 272, 91 S. Ct. 621, 625, 28 L.Ed.2d 35 (1971)). The First Amendment also guarantees freedom of association, which functions as "an indispensable means" of shielding the Constitution's explicit First Amendment guarantees. *Roberts v. U.S. Jaycees*, 468 U.S. 609, 617-18 (1984). Those guarantees extend to an array of activities related to political campaigns, most notably the speech uttered by candidates. *Citizens United v. FEC*, 558 U.S. 310, 339 (2010). Even the act of casting a ballot in favor of a particular candidate constitutes an exercise of the freedom of association. *Anderson v. Celebrezze*, 460 U.S. 780, 787-88 (1983). Because the right to vote "in a free and unimpaired manner is preservative of other basic civil and political rights," voting is recognized as a fundamental right under equal protection. *Harper v. Va. State Bd. of Elections*, 383 U.S. 663, 667 (1966). In *Bullock v. Carter*, 405 U.S. 134 (1972), the Supreme Court specifically noted that "*the rights of voters and the rights of candidates do not lend themselves to neat separation*; laws that affect candidates *always* have at least some theoretical, correlative effect on voters." (emphases added)

As the Supreme Court has long recognized, "[d]iscussion of public issues and debate on the qualifications of candidates are integral to the operation of the system of government established by our Constitution. The First Amendment affords the broadest protection to such political expression in order 'to assure [the] unfettered interchange of ideas for the bringing about of political and social changes desired by the people.'" *Buckley v. Valeo*, 424 U.S. 1, 14, 96 S. Ct. 612, 632, 46 L. Ed. 2d 659 (1976)

But this year, the local amalgamation of Blue Dog Democrats and RINOs has been falsely attempting to bar free political speech by Conservatives, Populists and similar citizens within quintessential public forums. These forums include all those places "which by long tradition or by government fiat have been devoted to assembly and debate," such as parks, streets, and sidewalks. *Perry Education Assn. v. Perry Local Educators' Assn.*, 460 U.S. 37, 45, 103 S. Ct. 948, 955, 74 L.Ed.2d 794 (1983). "Such use of the streets and public places has, from ancient times, been a part of the privileges, immunities, rights, and liberties of citizens." *Hague v. CIO*, 307 U.S. 496, 515, 59 S. Ct. 954, 964, 83 L. Ed. 1423 (1939)

The aforementioned unlawful Palo Pinto County electioneering Order falsely limiting our political speech within the public forums is exactly that – false **political lawfare** drummed up suddenly, covertly and in direct and knowing violations of the standard procedures of Texas law that the same County Commissioners and County Clerk have always followed at all other times.

And likewise, the similar false political lawfare being waged herein, by the instant nonsense lawsuit foisted by Plaintiffs, is as ridiculous as Team Biden suing Team Trump because Trump beat Biden in fundraising, or because Trump had far bigger crowds at his rallies, or because Trump-endorsed candidates won their races more often than Biden-endorsed candidates won theirs. Plaintiffs' allegations against the undersigned are all a sham – as false **political lawfare**.

### Offer of Proof of Innocence

The simple truth is that we the undersigned Defendants have done nothing unlawful as alleged by Plaintiffs, and Plaintiffs know and knew the same, intentionally filing their lawsuit as *political lawfare in election interference*, using false allegations to fraudulently invoke jurisdiction herein.

The offer of proof of innocence of Plaintiffs' outrageous allegations comes by no less than:

a) various video and photos taken by members of the local general public during each of the relevant periods in question;

b) various social media postings by members of the local general public who were there physically voting, fully repudiating the Plaintiffs' baseless claims herein, as their own public comments to published news stories about *this exact same case as filed by Plaintiffs*;

c) various traffic cams, building security cams, and/or etc., for full-day coverage of any respective given angle or field-of-view each;

d) an impending voluminous number of sworn affidavits by members of the local general public who were present, all fully repudiating Plaintiffs' baseless claims herein; and,

e) the Exhibits to this First Amended Counter/Cross-Complaint (see attached CD disc).

Indeed, the Plaintiffs have attempted falsely to smear undersigned Defendants within and to this Court by including a plain allegation that law enforcement had to be called, suggesting in written context that the undersigned Defendants were the *causes* of those calls to police, but the actual truth is just the reverse – *we Defendants had to call police* because of physical assault by an associate of *Plaintiffs'* local political cabal, and *we Defendants had to call police* because of breaking window vandalism to one of our vehicles by another associate of *Plaintiffs'* local cabal.

Even further, and related, *we Defendants* attempted to assist local police with tent sheltering but it was associate(s) of *Plaintiffs'* local political cabal that tried to make things hard on police.

### Related Example #1 of Wholly Fraudulent Political Lawfare

This bunkum and balderdash case filed by Plaintiffs is typical political lawfare by Democrats and RINOs against Conservatives, Populists, and similar supporters of candidate Donald Trump.

One of the most blatant examples is the entirely fraudulent "hush money" case conspired by Manhattan DA Alvin Bragg, Judge Juan Merchan, and former NY attorney Michael Cohen, with the direct assistance of former Biden DOJ official Matthew Colangelo acting as lead attorney.

That entire "hush money" case was already barred by state and federal law before it began....

Of the thirty-four (34) Counts filed within said farce, the first twenty-two (22) Counts were already barred by NY state law. During the Covid-19 pandemic, former Governor Cuomo had issued multiple executive orders tolling legal timelines and deadlines. The federal courts have had several opportunities to weigh in on Cuomo's authority, and have all uniformly found that Cuomo did have legal authority to expand state tolling, but no authority to expand tolling of any federal timelines. Cuomo's executive orders legally tolled the five (5) year statute of limitations for NY state felonies for an additional grand total of two hundred and twenty-eight (228) days.

DA Bragg officially began the case against Trump on March 30, 2023. Accordingly, when Bragg and Judge Merchan in full conspiracy with Cohen and Colangelo officially began their bogus case against Trump by having the grand jury hand down the Indictment on that date, *they already knew* that each and every Count dated *beyond* 5 years and 228 days prior (i.e., prior to August 14, 2017) was already time-barred by state law, totally off limits, and wholly illegal to charge Trump with, and that includes all of Counts 1 through 22. Note that had it not been for the additional 228 days of unusual tolling of state statutes of limitations provided by Governor Cuomo's Executive Orders, then *all* thirty-four (34) Counts would be time-barred by state law.

But that's not the Establishment's *only* problem, as the same case was barred by *federal* law.

8

Since Cuomo's executive orders – according to *all* of the federal courts who weighed in – did NOT alter any aspect of federal timelines, 52 U.S.C. § 30145 – which covers ALL issues falling under any aspect of federal campaign funds/finance – makes perfectly clear that the entire "hush money" case against Trump <u>was already barred before it even started,</u> because *all* thirty-four (34) Counts (ending Dec. 2022) were *already passed* the strict federal five-year statute of limitations.

Whether you only consider that "just" the first twenty-two (22) Counts were already barred by NY state law, and/or whether you include the fact of all Counts being already barred by federal law, either way Bragg, Merchan, Cohen and Colangelo are clearly guilty of election interference.

Pursuant to express federal law, it is a ***mandatory*** duty of the federal courts to prosecute any and all perpetrators of federal election interference crimes.  There is no discretion in such issues.

42 U.S.C. § 1987 clearly states in its entirety:

> "The United States attorneys, marshals, and deputy marshals, the United States magistrate judges appointed by the district and territorial courts, with power to arrest, imprison, or bail offenders, *and every other officer who is especially empowered by the President*, are *authorized and required*, at the expense of the United States, *to institute prosecutions* against all persons violating any of the provisions of section 1990 of this title or of *sections 5506 to 5516 and 5518 to 5532 of the Revised Statutes*, and *to cause such persons to be arrested, and imprisoned or bailed*, for trial before the court of the United States or the territorial court having cognizance of the offense." (emphases added)

The judge of any federal court is clearly also one of the "*every other officer who is especially empowered by the President*" (with law enforcement powers).  The reference to "*sections 5506 to 5516 and 5518 to 5532 of the Revised Statutes*" is reference to Title LXX, Chapter 7 of those former Revised Statutes, entitled CRIMES AGAINST THE ELECTIVE FRANCHISE AND CIVIL RIGHTS OF CITIZENS.  Of course, after recodification, the Revised Statutes are now the United States Code, and the former statutes now fall under Title 18, Chapter 13 ("CIVIL RIGHTS").

Specifically, Section 5508 of the former Revised Statutes is now recodified at 18 USC § 241, and multiple of the former Revised Statutes were merged and are now recodified at 18 USC §

245, all of which are directly applicable.  Hence, any such clearly demonstrated violations of 18

USC §§ 241 and/or 245 statutorily trigger a federal court's **mandatory** duty "*to institute*

*prosecutions*" against persons such as Bragg and his co-conspirators "*and to cause such persons*

*to be arrested, and imprisoned or bailed, for trial before the court of the United States….*"

Indeed, THE primary reason for even hiring *any* federal magistrate judge is to ensure that

individuals like the above-named persons, or the instant Plaintiff parties herein, who commit

civil rights crimes or particularly crimes of election interference, are promptly arrested and tried.

42 USC § 1989 clearly states in pertinent part:

> "The district courts of the United States and the district courts of the Territories, from time to time, shall increase the number of United States magistrate judges, ***so as to afford a speedy and convenient means for the arrest and examination of persons charged with the crimes referred to in section 1987 of this title;*** and such magistrate judges are ***authorized and required*** to exercise ***all the powers and duties conferred on them herein with regard to such offenses*** in like manner as they are authorized by law to exercise with regard to other offenses against the laws of the United States." (emphases added)

Again, the crimes in Section 1987 <u>are</u> the civil rights crimes in 18 USC §§ 241 and 245,

which <u>are</u> the provisions of the corresponding Revised Statutes triggering criminal prosecution.

Hence, not only is Trump actually and legally innocent, because the "hush money" case was

already completely barred by law before it ever officially began on March 30, 2023, but Bragg,

Merchan, Cohen and Colangelo are directly subject to <u>mandatory</u> federal criminal prosecutions.

Just like Plaintiffs, along with their attorney, Cross-Defendant Jon Mark Hogg, and the Palo

Pinto County Commissioners and Clerk who knowingly defied law to covertly promulgate their

county electioneering Order, Manhattan DA Bragg and his own co-conspirators within the false

"hush money" case against Trump are each clearly guilty of at least the following federal crimes:

a) at least one (1) felony Count each under 18 USC § 241 – CONSPIRACY AGAINST

RIGHTS (10 years for all basics for each act);

b) at least one (1) felony Count each under 18 USC § 245(b)(1)(A) – FEDERALLY PROTECTED ACTIVITIES (including elections, voting, candidacies, etc.) (1 year for all basics for each act);

c) at least one (1) felony Count each under 18 USC § 594 – INTIMIDATION OF VOTERS (1 year for each act);

d) at least one (1) felony County each under 18 USC § 610 – COERCION OF POLITICAL ACTIVITY (3 years for each act); and,

e) at least one (1) felony County each under 52 USC § 10308 – CIVIL AND CRIMINAL SANCTIONS (elections, voting, candidacies, etc.) (3 years for each act).

The officers of this instant Court, that is to say Judge Terry Means, attorney Jon Mark Hogg, and any other attorney or court officer engaging this case, are reminded of their absolute legal duty under 18 U.S.C. § 4 to therefore immediately report the same election interference crimes by Bragg, Merchan, Cohen and Colangelo unto the SDNY U.S. Attorney, Mr. Damian Williams.

### Related Example #2 of Wholly Fraudulent Political Lawfare

Another of the most blatant examples of political lawfare on President Trump and all of his supporters, like the undersigned who were and are directly affected, is the entirely fraudulent existence of Kamala Harris within our White House, as she is certainly NOT a natural born citizen eligible for either the presidency or vice-presidency, and never was eligible to run at all, hence both the Biden-Harris 2020 "ticket" and Biden-Harris administration are wholly void, and President Trump actually won the 2020 general election by default – regardless of any arguments and debate about the various and numerous "irregularities" that occurred during that vote count.

And of course, since Trump actually won 2020 by default of having the only constitutionally valid "ticket" on the ballots, most of the J6 narrative is properly turned upside down on its head.

There are exactly three (3) levels, or tiers, of United States citizenship, and each said level or tier of citizenship is obtained by a person, if eligible, via its own correspondingly unique manner.

The bottom/third level or tier of United States citizenship is the "naturalized" citizen, who obtains his or her said citizenship level via a government approval process (being naturalized).

The middle/second level or tier of United States citizenship is the "native born" citizen, who obtains his or her said citizenship level via birthplace geography (*jus soli*).  Think "anchor baby" as the easiest example of a middle-tier "native born" citizen.  All so-called "Dreamers" are this same tier of citizen, and pursuant to *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), are actually native born citizens, with all the rights and interests of the generic U.S. "citizen" term.

The top/first level or tier of United States citizenship is the "natural born" citizen, who only obtains his or her said citizenship level by virtue of having U.S. citizen parents at his/her birth.

For ease and simplicity, just remember the three Ns:  **n**aturalized; **n**ative born; **n**atural born.

Only roughly about 4/5ths of all American "citizens" are the top tier "natural born" citizens, and the rest are a mix of native born citizens and naturalized citizens (plus various non-citizens).

The term "natural born citizen" primarily comes from Emerich de Vattel and his 1758 treatise The Law of Nations, which basically still runs and rules the entire world unto this very day. Published originally in French, it was a very famous masterpiece of the enlightenment era, well known by all enlightened men, also studied by our Founding Fathers, as evidenced by George Washington's two-hundred and twelve year overdue copy from the New York Society Library (replaced by the Mount Vernon Estate on May 19, 2010), and it defined all the principles of the law of nature applied to the conduct and affairs of nations and sovereigns.  Its direct inclusion into our Federal Constitution (Art. I, Sec. 8, Clause 10 of the Constitution states: "*The Congress shall have Power... To define and punish Piracies and Felonies committed on the high Seas, and*

*Offenses against **the Law of Nations***") (emphasis added) is proof positive of our Framers' desire that it be a primary source of understanding. Indeed, by the very terms of said above Clause, the obvious constitutional duty of Congress *specifically* includes the defining and punishing of violations against <u>The Law of Nations</u>.

Book I of <u>The Law of Nations</u>, Chapter XIX, § 212 (Joseph Chitty numbering) entitled as "Citizens and natives" reads as follows:

> "The citizens are the members of the civil society; bound to this society by certain duties, and subject to its authority, they equally participate in its advantages. The natives, or natural-born citizens, are those born in the country, *of parents who are citizens.* As the society cannot exist and perpetuate itself otherwise than by the children of the citizens, those children naturally follow *the condition of* their fathers, and succeed to all their rights. The society is supposed to desire this, in consequence of what it owes to its own preservation; and it is presumed, as matter of course, that each citizen, on entering into society, reserves to his children the right of becoming members of it. *The country of the fathers is therefore that of the children*; and these become true citizens merely by their tacit consent. We shall soon see whether, on their coming to the years of discretion, they may renounce their right, and what they owe to the society in which they were born. I say, that, *in order to be of the country, it is necessary that a person be born of a father who is a citizen*; for, if he is born there of a foreigner, it will be only the place of his birth, and not his country." (emphases added)

Emerich de Vattel's definitions make it clear that only having "anchor baby" ("native born") citizen status is **not** enough, and that a "natural born" citizen is one whose parents were already citizens themselves at the time of his or her birth, and especially one whose father was already a citizen. § 213 and § 215 of this work reiterate this same basic principle yet again and again.

Kamala Harris is an anchor baby, i.e., she is *only* of the native born citizenship level/tier, as when she was born here in the United States, her parents were not U.S. citizens of any level/tier.

Her very presence within our White House is a constitutional fraud of epic proportions, the 2020 Biden-Harris "ticket" is and was void, the Biden-Harris administration is void, Trump won the 2020 election by default even notwithstanding and regardless of endless vote count debate, and because **both** Biden and Harris are constitutionally void, the "presidential succession" line means that Speaker Mike Johnson should be Acting President with Patty Murray (D) as new VP.

The public leaders of the Democrats and the RINOs have a long and well known history of being dishonest, unethical, generally crooked, and often acting by criminal behaviors against Conservatives, Populists and similar-minded voters, candidates and the supporting citizenry, as is again evidenced, albeit at a smaller and local scale, by the nefarious election interference actions perpetrated by the Counter-Defendants, Cross-Defendants and their actors and associates herein.

**Necessary Response to Wholly Fraudulent Political Lawfare**

Indeed, the wanton behaviors of criminal election interferences by the Palo Pinto County Commissioners in conspiracy with the Plaintiffs and their cohorts have become so outrageous, so offensive to, and in violation of, our very well established rights, and so malicious in their outrageously false smear campaigns of widespread libel to relentlessly defame and vilify us personally in public, and thereby also brazenly threaten and intimidate all others of our same general political persuasion, so as to also falsely sway and therefore defraud the participation and results of local candidacies and election processes, that we now must counter-sue the Plaintiffs and cross-sue their co-conspirators for their said election interference crimes under federal law, and must cross-sue the Texas Secretary of State in her official capacity to block, strike and/or otherwise disallow any constitutionally ineligible party tickets for President and Vice-President.

<u>JURISDICTION</u>

1. The Court has subject matter jurisdiction of this action under 28 U.S.C. § 1331, as this case arises under the laws of the United States, and under 28 U.S.C. § 1343, as this case seeks equitable and other relief pursuant to an Act of Congress providing for the protection of the right to vote, namely the Voting Rights Act, i.e., Chapter 103 of Title 52 of the United States Code.

2. This Court has original jurisdiction to enforce the right to vote under 28 U.S.C. § 1357.

3. This Court has standard federal supplemental jurisdiction over inextricably intertwined state law issues under 28 U.S.C. § 1367.

4. This Court has jurisdiction to grant both declaratory and injunctive relief under 28 U.S.C. §§ 2201 and 2202.

5. Moreover, this Court is an Article III court with the express authority to hear and adjudicate any questions arising under the Constitution, Laws, and Treaties of the United States, including but not limited to the Bill of Rights and the Eleventh Amendment, the original Thirteenth Amendment, and Fourteenth Amendment to the U.S. Constitution, the International Covenant on Civil and Political Rights, and the Universal Declaration of Human Rights, with Reservations. *See also* the Article VI Supremacy Clause of the Constitution of the United States of America, as lawfully amended (*hereinafter* "Federal Constitution").

6. This Court has personal jurisdiction over all individual and corporate parties herein.

7. This Court has criminal jurisdiction over all individual and corporate parties herein.

<u>VENUE</u>

8. Venue is proper in the Northern District of Texas, and in this Division, pursuant to 28 U.S.C. § 1391(b), because a substantial part of the events or omissions giving rise to the claims occurred within this District and Division.

9. All named parties are located within this District and Division, and all personally named co-conspirators to said election interference crimes are located within this District and Division.

<u>PARTIES</u>

10. Plaintiff, and now Counter-Defendant, The 134 PAC LLC, is a Texas limited liability company duly organized and existing under Texas law, and is located and operates in Palo Pinto County, Texas.  It operates as a General Political Action Committee under the laws of the State

of Texas, known as The 134 PAC. Among other things, The 134 PAC allegedly advocates and works for expanding voting access and the protection of voting rights in rural Texas.

11. Plaintiff, and now Counter-Defendant, Carla Schoonover a.k.a. Carla Schoonover Porter a.k.a. Carla Schoonover-Porter, is an individual resident, and registered voter, who lives and votes in Palo Pinto County, Texas. She is also the duly elected Democratic County Chair of Palo Pinto County, Texas and a co-founder of above fellow party The 134 PAC LLC.

12. Defendant, and now Counter/Cross-Plaintiff, Lann Murphy (*not "Terry Lan Murphy II"*), is an individual resident and registered voter of Parker County, Texas, who lives and also votes in the local elections of Mineral Wells, Texas.

13. Defendant, and now Counter/Cross-Plaintiff, Brandon Johnson, is an individual resident and registered voter of Palo Pinto County, Texas, who lives and also votes in the local elections of Mineral Wells, Texas.

14. Defendant Russell Hess is an individual and resident of Parker County, Texas. For the purposes of this action at law, the undersigned parties, Defendants and Counter/Cross-Plaintiffs Lann Murphy and Brandon Johnson, stand apart, so to speak, from Defendant Hess.

15. Cross-Defendant, Jon Mark Hogg, is an attorney with offices in San Angelo of Tom Green County, Texas, a co-founder and member of the above fellow co-conspirator party The 134 PAC, along with above fellow co-conspirator party Carla Schoonover, and he is the attorney who personally drafted and disingenuously filed the Plaintiffs' Original Complaint within this matter, knowingly defrauding this Court to obtain jurisdiction using falsified allegations.

16. Cross-Defendant, The County of Palo Pinto, Texas, is a duly organized locality and county and subdivision of and within the State of Texas, with its governmental offices located in the unincorporated town of Palo Pinto, Texas, and whose County Commissioners and County

Clerk directly participated in promulgating the county electioneering Order in question herein regarding the public grounds adjacent to and surrounding the Palo Pinto County Annex building.

17.   Newly added Cross-Defendant, Jane Nelson, is sued only in her official capacity as the Texas Secretary of State, and therefore as the top dog in charge of all elections and voting matters within and for the Great State of Texas.  Scope herein for Jane Nelson encompasses two (2) main issues, including: (A) elections administration; and (B) unconstitutional tickets/ballots.

STATEMENT OF FACTS

18.   These matters originally stem from local area citizens alleging decades of endless local government mismanagement of waters, infrastructure, taxes and more hot button issues[1].

19.   The undersigned Defendants and Counter-Cross Plaintiffs have been for years known locally for being "front and center" type of political advocates, *id.*, hence also well known to all Counter-Defendants and to all local area Cross-Defendants.

20.   As a natural and inevitable consequence of said local government issues, more and more local citizens have become more and more upset over the years, so much so that the City of Mineral Wells has over the past several years experienced an unusually very high percentage of recall elections, *per capita*, as compared to all of the rest of Texas as a whole.  **Exhibit A**.

21.   The entirety of all of Palo Pinto County has a total current population of roughly 30,000 people, and the current population of its largest city by far, Mineral Wells, is roughly 15,500 people.

22.   Social science has long purported that the social dynamic factor tends to always remain at around 1:10 regardless of political activism or other type of social issue activism, which simply means, on average, that for every 100 people that actually support a given cause

---

[1] Fort Worth Star-Telegram (April 29, 2018) "Fed-up citizens or 'radical hate group'? Politics have gone hog wild in Mineral Wells"
https://www.star-telegram.com/news/local/article209927694.html

there are about 10 of those same people who are outspoken public activists for that same given cause, and that the same follows in reverse, i.e., if there are about 10 people who actively engage to post support upon a given social media outlet then there are actually about 100 people who feel exactly the same way.

23.   The local area Facebook group of such highly concerned citizens described above, known as We The People of Mineral Wells[2], has about 4000 members, *id.*, which indicates an unusually *very* high social dynamic factor of somewhere in the middle between 1:7.5 and 1:3.875 (roughly a 1:5 social dynamic factor, i.e., approximately DOUBLE the normal social dynamic engagement factor).

24.   As a combined result of said endless mismanagement driving more and more local citizens into political opposition, the local government officials of both Palo Pinto County and the City of Mineral Wells have been more easily and more often subjected to recall election campaigns, as briefly mentioned above, than anywhere else in Texas, and/or such said same officials have been that much more easily "primaried" out of continuing their offices.

25.   As the Plaintiffs have already admitted within their Original Complaint, prospects for any Democrat-labeled candidate winning any kind of local election in our same area are bleak.

26.   Rural West Texas is known to be highly Conservative, Populist and/or similar-leaning in general political ideology, and has been for years, with relatively few Democrats and RINOs.

27.   Blue Dog Democrats and RINOs are very similar in their political leanings, and in rural West Texas, it can be quite difficult to ever discern much of any difference between them.

28.   As a natural consequence, Democrats and RINOs within rural West Texas tend to work together more often than not, politically support each other, and even donate to each other.

---

[2] Facebook (July 24, 2024) Facebook group named "We the People of Mineral Wells"
https://www.facebook.com/groups/466485320374500

29.  Ronna Romney McDaniel is a typical RINO, and niece of RINO Mitt Romney.

30.  Nikki Haley is a RINO, and she is ***not*** a natural born citizen, but she is merely an anchor baby "native born" citizen, without either of her parents as a U.S. citizen at her own birth, and hence she was never constitutionally eligible to run for the United States Presidency.

31.  Ronna Romney McDaniel, during the last days of her RINO tenure heading the RNC, knowingly assisted ineligible Nikki Haley to purposefully run against President Trump to dilute his rightful share of the electorate and the vote results in each 2024 primary and caucus State.

32.  The fact that Blue Dog Democrats and RINOs work hand-in-hand couldn't be made more clear by the recent development of Nikki Haley having to formally lodge cease-and-desist against her own similar cabal and amalgamation of supporters who formed, in the wake of Biden dropping out and anointing Kamala Harris, their new "Haley Voters for Harris" association[3].

33.  More recently, other such [RINOs]-for-Harris groups have revealed their true hands.

34.  Counter-Defendant Carla Schoonover and Cross-Defendant Jon Mark Hogg run and co-founded Counter-Defendant The 134 PAC LLC.  **Exhibit B.**

35.  Bridgette Goldstein, also seen on Exhibit B, directly assists Counter-Defendant Carla Schoonover in their roles jointly working for the local Palo Pinto County Democratic Party.

36.  Counter-Defendant The 134 PAC LLC boasts a very wide communications audience, including 134 counties of Texas, 2.9M people of Texas, and 1.9M voters of Texas.  **Exhibit C.**

37.  There can be no question that The 134 PAC and its co-founders and members are Blue Dog Democrats, as evidence by the entity logo they proudly display upon their various social media accounts.  **Exhibits D and E.**

---

[3] Fox News (July 23, 2024) "Former Trump rival Nikki Haley demands 'Haley Voters for Harris' to 'cease and desist'"
https://www.foxnews.com/politics/former-trump-rival-nikki-haley-demands-haley-voters-harris-cease-desist

38. The very same local Blue Dog Democrats mentioned on this same page have publicly supported local RINOs in their local election bids.

39. At most times materially relevant herein, Counter-Defendant Carla Schoonover acted under color of law, and with direct material implications regarding local elections processes, because as "the Chair" of the local Palo Pinto County Democrat Party, she is also an automatic member of the Palo Pinto County Election Commission (Texas Election Code, Section 31.032), and she is also an automatic member of the Palo Pinto County Election Board (Texas Election Code, Section 51.002).

40. In Palo Pinto County, Texas, physical attendance voting in any election, whether for local, state and/or federal candidates/officers, is held at the established governmental "Annex" building which is located in the city of Mineral Wells.

41. An aerial view of said Annex building and its adjacent parking lots, showing the 100 foot radius perimeter "buffer zone" (established by Texas law) from the single voter entrance at this polling location is shown by **Exhibit F**.

42. The Palo Pinto County Commissioners, their County Attorney Maegan Kostiha, and their County Clerk Janette Green, were quite familiar with Texas law due process procedures for holding official meetings on county business, including prerequisites of properly posting public notices for required number of days beforehand, and so forth and so on, as they have and had all participated in other such normal and routine business practices before for other county business.

43. The Secretary of State is the chief election officer for the State of Texas[4].

44. At all material times herein, the very same people in ¶ 42 above were all well aware, and/or were required by law to be aware, that the Elections Division of the Texas Secretary of

---

[4] Texas Secretary of State official Elections Division webpage (August 5, 2024) "Welcome to Texas Elections" https://www.sos.state.tx.us/elections/index.shtml

State already provides and has long provided an entire wealth of elections-related information, guidance, and other resources, including "assistance and advice to election officials on the proper conduct of elections" as well as "legal interpretations of election laws to election officials." *Id.*

45. In apparent political retaliation targeting of all local Conservatives, Populists and like-minded citizens and voters, the set of Palo Pinto County Commissioners, their County Attorney Maegan Kostiha, and their County Clerk Janette Green, on or about the 8th day of April, 2024 and using the Commissioners Court, suddenly and covertly met, *without* prior public notice as required by Texas law, to promulgate an Electioneering Regulations Order[5] (hereafter "Order" or "County electioneering Order" or similar) that ostensibly and greatly limited and infringed upon the First Amendment political speech and political participation rights of the undersigned parties, hence causing harm and injury to Defendants Lann Murphy, Brandon Johnson and Russell Hess.

46. The same group of Palo Pinto County actors failed, refused or otherwise neglected to ever *first* seek legal advice from the Texas Secretary of State's Election Division upon their interest in promulgating such an electioneering Order, or otherwise regarding any alleged acts of misconduct during polling periods that would cause them to have any interest, *in the first place*, for considering the promulgation of such a county electioneering Order.

47. One (1) Palo Pinto County Commissioner did not sign said electioneering Order, but the other four (4) did, including County Judge Shane Long. *Id.*

48. Said same County electioneering Order was also signed and attested to by Palo Pinto County Clerk Janette Green. *Id.*

49. Said same County electioneering Order was presumably drafted by Palo Pinto County Attorney Maegan Kostiha.

---

[5] Palo Pinto County (July 23, 2024) "Electioneering Regulations Order signed on April 8, 2024" https://www.co.palo-pinto.tx.us/upload/page/0103/docs/Signed-Order%20Electioneering%20Regulations%204-8-2024.pdf

50. The sheer number and completeness of the entire leadership and actors of Palo Pinto County being all directly involved in knowingly violating well established Texas state law due process procedures for promulgating any such County electioneering Order clearly demonstrates, *at a minimum*, a pattern and practice by the County to act with deliberate indifference to all the voting and political speech rights of every single voter and citizen within the entire Palo Pinto County including those of the undersigned Counter/Cross-Plaintiffs, as well as a conspiracy by Cross-Defendant Palo Pinto County to commit election interference and to commit violations of First Amendment rights of all same said voters and citizens within the entire County.

51. The terms and provisions and limitations of said same County electioneering Order are clearly over and above the terms and provisions and limitations of simply requesting to use the Annex grounds for non-election/polling events, which allows even more freedoms than said County electioneering Order unlawfully promulgated in violations of Texas law. **Exhibit G**.

52. After local grassroots Republicans (i.e., Conservatives, Populists and like-minded citizens and voters) filed federal suit in this exact same Court against the promulgation of said unlawful County electioneering Order, then the Counter-Defendants began their campaign of retaliation, libel and general defamation against the local Conservatives, Populists and all such like-minded citizens and voters, by grossly ridiculing said federal suit. **Exhibits H and I**.

53. Surely surprised by the speed and depth of how fast and how much the 5th Circuit had quickly enjoined most major provisions of said County electioneering Order, which enjoining occurred on May 19, 2024, and still perceiving the instant undersigned parties and Defendant Hess as the "ringleaders" of their local political opposition, Plaintiffs conspired with their PAC attorney, Cross-Defendant Jon Mark Hogg, to draft and file their instant Original Complaint, in order to specifically and personally target and retaliate against us, for that big 5th Circuit win, and

as yet another form of false intimidation and threat – political lawfare – to coerce not only us but also all other local Conservatives, Populists and all such like-minded citizens and voters from freely and fairly exercising our First Amendment rights to political speech and participation, and to thereby continue to still falsely sway local election processes and election results accordingly.

54.  Using their falsified, dramatic and sensational allegations within their instant Original Complaint lawsuit that was either fraudulently and/or frivolously filed against us, Plaintiffs and their co-conspirator, attorney Jon Mark Hogg, then "upped the ante" to a whole new level of political lawfare fraud, knowingly and intentionally publishing outrageously libelous statements about their lawsuit personal targets – we the original Defendants – upon not only all of their available social media accounts, but also disseminating the same libelous statements to various third-party local, regional, and even international audiences, falsely causing great infliction of emotional distress and mental anguish upon the undersigned Defendant parties, using words and phrases that cast us falsely as akin to terrorists and criminals running amok and causing all manner of illegalities, and so falsely harming our names and reputations.  **Exhibits J through Q**.

55.  The unlawful actions and violations by the Counter-Defendants and Cross-Defendants have caused severe damages, emotional distress, mental anguish, consequential damages and other harms and injuries to undersigned Counter/Cross-Plaintiff Lann Murphy's various rights, interests, name, reputation, and reasonably expected life, livelihood and life station, including special injury to undersigned Counter/Cross-Plaintiff Lann Murphy's fundamental right to freely vote and electioneer and otherwise campaign and participate freely in political speech, and except for Jane Nelson, those Counter/Cross-Defendants who acted under color of law have violated undersigned's variously related First Amendment rights to free speech, assembly and association, also as First Amendment retaliation by Democrats/RINOs for exercising the same.

56. The unlawful actions and violations by the Counter-Defendants and Cross-Defendants have caused severe damages, emotional distress, mental anguish, consequential damages and other harms and injuries to undersigned Counter/Cross-Plaintiff Brandon Johnson's various rights, interests, name, reputation, and reasonably expected life, livelihood and life station, including special injury to undersigned Counter/Cross-Plaintiff Johnson's fundamental right to freely vote and electioneer and otherwise campaign and participate freely in political speech, and except for Jane Nelson, those Counter/Cross-Defendants who acted under color of law have violated undersigned's variously related First Amendment rights to free speech, assembly and association, also as First Amendment retaliation by Democrats/RINOs for exercising the same.

57. Kamala Devi Harris, better and simply known as Kamala Harris, currently acting as Vice-President of the United States, was born October 20, 1964 in Oakland, California to Donald J. Harris (father) and Shyamala Gopalan (mother).

58. Kamala Harris' father, Donald J. Harris, is a Stanford University professor of economics (emeritus) who arrived in the United States from Jamaica in 1961.

59. Kamala Harris' mother, Shyamala Gopalan, was a biologist who moved to the United States from India as a 19-year-old graduate student in 1958, and who died in 2009 from cancer.

60. Neither Donald J. Harris or Shyamala Gopalan was a United States citizen at the time of the birth of Kamala Harris.

61. Kamala Harris is therefore merely of the middle U.S. citizenship tier/level, known as a "native born" citizen thanks to *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), and also is known more familiarly as an anchor baby (one without having U.S. citizen parents at her birth).

62. "Naturalized" U.S. citizens are those former immigrants who have successfully passed the INS naturalization application process and been approved as a "citizen" by the Government.

63. "Natural born" citizenship is the top/highest U.S. citizenship tier/level, only obtainable by blood right inheritance from having U.S. citizen parents at the moment of birth (the parents themselves, prior to said birth, being already of any of the three tiers/levels of U.S. citizenship).

64. Accordingly, Kamala Harris is clearly not a "natural born" citizen of the United States and she never has been, therefore also never having been eligible to run for the position of either Vice-President or President, nor has she ever been constitutionally eligible to hold either office.

65. The Biden-Harris 2020 election/ballot "ticket" was and is constitutionally void, since Harris has never been eligible as a natural born citizen, and the Biden-Harris Administration was and is also therefore constitutionally void.

66. Despite the astronomical chances of shocking swing state election count shutdowns overnight, and all of the corresponding "irregularities" that happened regarding the very same 2020 vote counting, ALL just coincidentally happening in ONLY those exact same swing state elections, Donald J. Trump and Mike Pence actually and legally won the 2020 general election because they were the only major VALID presidential/vice-presidential ticket appearing upon the 50 State ballots, being both perfectly qualified and natural born citizens of the United States.

67. The ostensible new Harris-Walz "ticket" running for President and Vice-President in the 2024 general election is also likewise constitutionally void, as again, Harris is *not* eligible.

68. Nicole Ann Shanahan, better and simply known as Nicole Shanahan, currently acting as ostensible vice-presidential running mate of Robert Kennedy Jr., was born in Placer County, California, on September 26, 1985 to – like Kamala Harris – parents who were not U.S. citizens at the time of Nicole's birth, and therefore Nicole Shanahan is not a natural born U.S. citizen.

69. Accordingly, the Kennedy-Shanahan "ticket" running for President and Vice-President in the 2024 general election is also likewise constitutionally void, since Shanahan is *not* eligible.

FIRST CAUSE OF ACTION

Violations of First Amendment Rights, First Amendment Retaliation

(against Cross-Defendant Palo Pinto County and Counter-Defendant Carla Schoonover)

70.  All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

71.  Counter-Defendant Carla Schoonover acted under color of law herein, and with direct material implications regarding local elections processes, because as "the Chair" of the local Palo Pinto County Democrat Party, she is also an automatic member of the Palo Pinto County Election Commission (Texas Election Code, Section 31.032), and she is also an automatic member of the Palo Pinto County Election Board (Texas Election Code, Section 51.002).

72.  By acting under color of law to covertly promulgate said County electioneering Order in knowing violation of well-established due process procedures pursuant to Texas law, and to merely promulgate the same at all in violation of law and therefore also in knowing violation of the First Amendment rights of the entire general populace and local electorate, Cross-Defendant Palo Pinto County and Counter-Defendant Carla Schoonover have caused unlawful harm and injury to the rights and interests of undersigned Counter/Cross-Plaintiffs Murphy and Johnson.

73.  Further, because the undersigned Counter/Cross-Plaintiffs Murphy and Johnson (along with Defendant Hess) were always their primary target of retaliation and their primary reason for promulgating said unlawful County electioneering Order in the first place, the same brazen acts constitute not only violations of the First Amendment, but are also First Amendment retaliations.

74.  They – being an amalgamation of Blue Dog Democrats and RINOs, some controlling local power – retaliated against the local Conservative, Populist and/or similar voters for having bigger signs and therefore a larger perceived presence during polling periods, and then they

conspired to also retaliate against all of the same political opposition voters for petitioning the government for right to redress injuries and also winning fast and big in the 5th Circuit, by filing a personal retaliation lawsuit, that is fraudulent or frivolous at best, against the undersigned Defendants and Counter/Cross-Plaintiffs Murphy and Johnson, for daring to fully exercise our well-established First Amendment rights during the same polling periods.

75. Unless enjoined by the Court, the Counter-Defendants, Cross-Defendants and/or their agents may continue to violate the constitutional rights of the undersigned and/or the rights of the general citizenry and local electorate. The undersigned Counter/Cross-Plaintiffs are therefore entitled to an order of the Court enjoining any further violations of said rights and interests.

76. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) an award of civil damages between $1,000,000 USD and $5,000,000 USD or otherwise as the Jury determines under the aggravating factors present in this case, jointly and severally against Cross-Defendant Palo Pinto County and Counter-Defendant Carla Schoonover;

b) because she clearly acted with malicious intent, reckless disregard and/or deliberate indifference not only for the rights of undersigned but also regarding the rights of all local Conservatives, Populists and/or similar voters, an appropriate award of punitive damages against individual Counter-Defendant Carla Schoonover;

c) an issuance of permanent injunctive relief restraining Counter-Defendants, Cross-Defendants, and their agents, actors, and associates, from ever either harassing or unlawfully imposing any such similar restraints and/or deceptions upon said rights and interests again;

d) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

e) and, all other available relief just and true and proper within these premises.

## SECOND CAUSE OF ACTION

Violations of the Voting Rights Act, 52 U.S.C. 10307(b), Voting Intimidation

(against all Counter-Defendants and all Cross-Defendants)

77. All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

78. All Counter-Defendants and all Cross-Defendants were aware of the rights violations caused by said Palo Pinto County electioneering Order, and were further aware of the dramatic chilling effect of the same upon the general populace and local electorate, but were not only deliberately indifferent to the same rights and due course of law violated, but as a local cabal and amalgamation of Blue Dog Democrats and RINOs, they also were using said same Order as a means to falsely intimidate, threaten, or coerce, or as an attempt to intimidate, threaten, or coerce all local Conservatives, Populists and similar-leaning voters for voting or attempting to vote their true conscience, and/or they were also using said same Order as a means to intimidate, threaten, or coerce, or as an attempt to intimidate, threaten, or coerce all local Conservatives, Populists and similar-leaning voters from or for urging or aiding any person to vote or attempt to vote, and/or they were also using said same Order as a means to intimidate, threaten, or coerce all local Conservatives, Populists and similar-leaning voters from or for exercising any powers or duties under section 10302(a), 10305, 10306, or 10308(e) of title 52 or section 1973d or 1973g of title 42 of the United States Code, hence conspiring to violate the Voting Rights Act by inflicting the same unlawful harms and injuries upon the rights and interests of not only the undersigned Counter/Cross-Plaintiffs Murphy and Johnson, but also upon the same rights and interests of the general populace and local electorate.

79. Pursuant to the Pinkerton Rule, each and all such individual offenders may be held accountable for the actions of other offenders within the conspiratorial group. Pinkerton liability allows defendants in criminal conspiracy cases to be found guilty of crimes committed by their co-conspirators. The Pinkerton liability doctrine was established by the Supreme Court in *Pinkerton v. United States*, 328 U.S. 640 (1946).

80. Unless enjoined by the Court, the Counter-Defendants, Cross-Defendants and/or their agents may continue to violate the constitutional rights of the undersigned and/or the rights of the general citizenry and local electorate. The undersigned Counter/Cross-Plaintiffs are therefore entitled to an order of the Court enjoining any further violations of said rights and interests.

81. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) an award of civil damages between $1,000,000 USD and $5,000,000 USD or otherwise as the Jury determines under the aggravating factors present in this case, jointly and severally against all Counter-Defendants and all Cross-Defendants;

b) because they clearly acted with malicious intent, reckless disregard and/or deliberate indifference not only for the rights of undersigned but also regarding the political free and equal speech rights of all local Conservatives, Populists and/or similar voters, an appropriate award of punitive damages jointly and severally against all Counter-Defendants and individual Cross-Defendant Jon Mark Hogg;

c) an issuance of permanent injunctive relief restraining Counter-Defendants, Cross-Defendants, and their agents, actors, and associates, from ever either harassing or unlawfully imposing any such similar restraints and/or deceptions upon said rights and interests again;

d) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

e) and, all other available relief just and true and proper within these premises.

THIRD CAUSE OF ACTION

Violations of Equal Rights, Due Process, 14th Amendment, 42 U.S.C. §§ 1981, 1983)

(against all Counter-Defendants and all Cross-Defendants)

82. All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

83. All Counter-Defendants and all Cross-Defendants were aware of the rights violations caused by said Palo Pinto County electioneering Order, but were deliberately indifferent to the same rights and due course of law, hence conspiring to allow/assist the same unlawful harms and injuries to the rights and interests of undersigned Counter/Cross-Plaintiffs Murphy and Johnson.

84. Together, and with others described herein, all Counter-Defendants and all Cross-Defendants conspired to allow/assist the same unlawful harms and injuries to the rights and interests encompassed by 42 U.S.C. §§ 1981 and 1983 and also the 14th Amendment, particularly as to various and multiple First Amendment rights, equal rights, equal protection of the law, and due process rights, from being violated, with said rights being not only those of the undersigned, but of all of the general populace and local electorate via their said County electioneering Order.

85. Pursuant to the Pinkerton Rule, each and all such individual offenders may be held accountable for the actions of other offenders within the conspiratorial group.

86. Unless enjoined by the Court, the Counter-Defendants, Cross-Defendants and/or their agents may continue to violate the constitutional rights of the undersigned and/or the rights of the general citizenry and local electorate. The undersigned Counter/Cross-Plaintiffs are therefore entitled to an order of the Court enjoining any further violations of said rights and interests.

87. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) an award of civil damages between $1,000,000 USD and $5,000,000 USD or otherwise as the Jury determines under the aggravating factors present in this case, jointly and severally against all Counter-Defendants and all Cross-Defendants;

b) because they clearly acted with malicious intent, reckless disregard and/or deliberate indifference not only for the rights of undersigned but also regarding the political free and equal speech rights of all local Conservatives, Populists and/or similar voters, an appropriate award of punitive damages jointly and severally against all Counter-Defendants and individual Cross-Defendant Jon Mark Hogg;

c) an issuance of permanent injunctive relief restraining Counter-Defendants, Cross-Defendants, and their agents, actors, and associates, from ever either harassing or unlawfully imposing any such similar restraints and/or deceptions upon said rights and interests again;

d) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

e) and, all other available relief just and true and proper within these premises.

FOURTH CAUSE OF ACTION

Conspiracy to Violate Rights, 42 U.S.C. § 1985

(against all Counter-Defendants and all Cross-Defendants)

88. All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

89. All Counter-Defendants and all Cross-Defendants were aware of the rights violations caused by said Palo Pinto County electioneering Order, but were deliberately indifferent to the

same rights and due course of law, hence conspiring to allow/assist the same unlawful harms and injuries to the rights and interests of undersigned Counter/Cross-Plaintiffs Murphy and Johnson.

90. Together, and with others described herein, all Counter-Defendants and all Cross-Defendants conspired to allow/assist the same unlawful harms and injuries to the rights and interests encompassed by 42 U.S.C. § 1985 from being violated, with said rights being not only those of the undersigned, but of all of the general populace and local electorate via their said County electioneering Order.

91. Pursuant to the Pinkerton Rule, each and all such individual offenders may be held accountable for the actions of other offenders within the conspiratorial group.

92. Unless enjoined by the Court, the Counter-Defendants, Cross-Defendants and/or their agents may continue to violate the constitutional rights of the undersigned and/or the rights of the general citizenry and local electorate. The undersigned Counter/Cross-Plaintiffs are therefore entitled to an order of the Court enjoining any further violations of said rights and interests.

93. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) an award of civil damages between $1,000,000 USD and $5,000,000 USD or otherwise as the Jury determines under the aggravating factors present in this case, jointly and severally against all Counter-Defendants and all Cross-Defendants;

b) because they clearly acted with malicious intent, reckless disregard and/or deliberate indifference not only for the rights of undersigned but also regarding the political free and equal speech rights of all local Conservatives, Populists and/or similar voters, an appropriate award of punitive damages jointly and severally against all Counter-Defendants and individual Cross-Defendant Jon Mark Hogg;

c) an issuance of permanent injunctive relief restraining Counter-Defendants, Cross-Defendants, and their agents, actors, and associates, from ever either harassing or unlawfully imposing any such similar restraints and/or deceptions upon said rights and interests again;

d) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

e) and, all other available relief just and true and proper within these premises.

FIFTH CAUSE OF ACTION

Neglect to Prevent Violations of Rights, 42 U.S.C. § 1986

(against Cross-Defendant Palo Pinto County and Counter-Defendant Carla Schoonover)

94.  All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

95.  Counter-Defendant Carla Schoonover acted under color of law herein, and with direct material implications regarding local elections processes, because as "the Chair" of the local Palo Pinto County Democrat Party, she is also an automatic member of the Palo Pinto County Election Commission (Texas Election Code, Section 31.032), and she is also an automatic member of the Palo Pinto County Election Board (Texas Election Code, Section 51.002).

96.  Cross-Defendant Palo Pinto County and Counter-Defendant Carla Schoonover were both in positions under color of law such that they could have prevented the rights violations caused by said Palo Pinto County electioneering Order, but were deliberately indifferent to the same rights and due course of law, hence neglecting to prevent the same unlawful harms and injuries to the rights and interests of undersigned Counter/Cross-Plaintiffs Murphy and Johnson.

97.  Counter-Defendant Carla Schoonover was in a position under color of law such that she could have prevented the rights violations caused by Plaintiffs filing their fraudulent and/or frivolous lawsuit against the undersigned parties, but she was deliberately indifferent to the same

rights and due course of law, hence neglecting to prevent the same unlawful harms and injuries to the rights and interests of undersigned Counter/Cross-Plaintiffs Murphy and Johnson.

98. Together, and with others described herein, Cross-Defendant Palo Pinto County and Counter-Defendant Carla Schoonover conspired to neglect to prevent the rights encompassed by 42 U.S.C. § 1985 from being violated, with said rights being not only those of the undersigned, but of all of the general populace and local electorate via their said County electioneering Order.

99. Pursuant to the Pinkerton Rule, each and all such individual offenders may be held accountable for the actions of other offenders within the conspiratorial group.

100. Unless enjoined by the Court, the Counter-Defendants, Cross-Defendants and/or their agents may continue to violate the constitutional rights of the undersigned and/or the rights of the general citizenry and local electorate. The undersigned Counter/Cross-Plaintiffs are therefore entitled to an order of the Court enjoining any further violations of said rights and interests.

101. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) an award of civil damages between $1,000,000 USD and $5,000,000 USD or otherwise as the Jury determines under the aggravating factors present in this case, jointly and severally against Cross-Defendant Palo Pinto County and Counter-Defendant Carla Schoonover;

b) because she clearly acted with malicious intent, reckless disregard and/or deliberate indifference not only for the rights of undersigned but also regarding the political free and equal speech rights of all local Conservatives, Populists and/or similar voters, an appropriate award of punitive damages against individual Cross-Defendant Carla Schoonover;

c) an issuance of permanent injunctive relief restraining Counter-Defendants, Cross-Defendants, and their agents, actors, and associates, from ever either harassing or unlawfully imposing any such similar restraints and/or deceptions upon said rights and interests again;

d) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

e) and, all other available relief just and true and proper within these premises.

<u>SIXTH CAUSE OF ACTION</u>

Malicious Prosecution, Vexatious Litigation and/or Abuse of Process

(against Counter-Defendant Carla Schoonover, Counter-Defendant The 134 PAC LLC, and

Cross-Defendant Jon Mark Hogg)

102.  All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

103.  The Counter-Defendants and Cross-Defendant Jon Mark Hogg conspired to file their wholly fraudulent and/or frivolous lawsuit against the undersigned parties, Murphy and Johnson, (1) as an illegal or improper use of process to falsely sway local elections results and also to personally defame the undersigned; (2) with an ulterior motive or improper purpose to falsely sway local elections results and also to personally defame the undersigned, (3) and therefore causing unlawful harms and injuries to the rights and interests of undersigned Counter/Cross-Plaintiffs Murphy and Johnson, particularly with causing "special injury" to the undersigned's interrelated First Amendment, political speech, voting, campaigning and such associated rights.

104.  Their vexatious litigation was and is meant to harass, embarrass, and cause legal expenses to the undersigned Counter/Cross-Plaintiffs Murphy and Johnson, and they knew or reasonably should have known that no legal basis for their lawsuit ever existed in the first place.

105.   Unless enjoined by the Court, the Counter-Defendants, Cross-Defendants and/or their agents may continue to violate the constitutional rights of the undersigned and/or the rights of the general citizenry and local electorate.   The undersigned Counter/Cross-Plaintiffs are therefore entitled to an order of the Court enjoining any further violations of said rights and interests.

106.   WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) an award of civil damages between $1,000,000 USD and $5,000,000 USD or otherwise as the Jury determines under the aggravating factors present in this case, jointly and severally against all Counter-Defendants and Cross-Defendant Jon Mark Hogg;

b) because they clearly acted with malicious intent, reckless disregard and/or deliberate indifference not only for the rights of undersigned but also regarding the political free and equal speech rights of all local Conservatives, Populists and/or similar voters, an appropriate award of punitive damages jointly and severally against all Counter-Defendants and individual Cross-Defendant Jon Mark Hogg;

c) an issuance of permanent injunctive relief restraining Counter-Defendants, Cross-Defendants, and their agents, actors, and associates, from ever either harassing or unlawfully imposing any such similar restraints and/or deceptions upon said rights and interests again;

d) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

e) and, all other available relief just and true and proper within these premises.

<u>SEVENTH CAUSE OF ACTION</u>

Libel, Defamation

(against Counter-Defendant Carla Schoonover, Counter-Defendant The 134 PAC LLC, and Cross-Defendant Jon Mark Hogg)

107. All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

108. Using their sham lawsuit, the Counter-Defendants and Cross-Defendant Jon Mark Hogg conspired to blanket news media and social media with numerous libelous statements, not only to defame the undersigned parties, but also to deceive and intimidate the local electorate, and thereby also falsely sway the future results of local election processes.

109. Counter-Defendants and Cross-Defendant Jon Mark Hogg knew that they were making false statements about undersigned Counter/Cross-Plaintiffs Murphy and Johnson yet purporting those statements to be fact to the general public and local electorate; they publicized or communicated those statements to many third parties including various news outlets and to the general public via their various social media accounts, their fault amounts to at the very least negligence if not outright intention; and they caused harm to the names and reputations of, as well as the rights and interests of, undersigned Counter/Cross-Plaintiffs Murphy and Johnson.

110. Unless enjoined by the Court, the Counter-Defendants, Cross-Defendants and/or their agents may continue to violate the constitutional rights of the undersigned and/or the rights of the general citizenry and local electorate. The undersigned Counter/Cross-Plaintiffs are therefore entitled to an order of the Court enjoining any further violations of said rights and interests.

111. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) an award of civil damages between $1,000,000 USD and $5,000,000 USD or otherwise as the Jury determines under the aggravating factors present in this case, jointly and severally against all Counter-Defendants and Cross-Defendant Jon Mark Hogg;

b) because they clearly acted with malicious intent, reckless disregard and/or deliberate indifference not only for the rights of undersigned but also regarding the political free and equal speech rights of all local Conservatives, Populists and/or similar voters, an appropriate award of punitive damages jointly and severally against all Counter-Defendants and individual Cross-Defendant Jon Mark Hogg;

c) an issuance of permanent injunctive relief restraining Counter-Defendants, Cross-Defendants, and their agents, actors, and associates, from ever either harassing or unlawfully imposing any such similar restraints and/or deceptions upon said rights and interests again;

d) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

e) and, all other available relief just and true and proper within these premises.

## EIGHTH CAUSE OF ACTION

Intentional and/or Negligent Infliction of Emotional Distress, Mental Anguish

(against all Counter-Defendants and all Cross-Defendants)

112.  All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

113.  By such illegal behaviors, all Counter-Defendants and all Cross-Defendants acted intentionally or recklessly, their violative conduct was extreme and outrageous to the senses of any reasonable person, their brazen conduct exceeded all bounds of decency tolerated within a civilized society, and their conduct was the cause of severe emotional distress and mental anguish inflicted upon each of the undersigned Counter/Cross-Plaintiffs Murphy and Johnson.

114.  Unless enjoined by the Court, the Counter-Defendants, Cross-Defendants and/or their agents may continue to violate the constitutional rights of the undersigned and/or the rights of the

general citizenry and local electorate. The undersigned Counter/Cross-Plaintiffs are therefore entitled to an order of the Court enjoining any further violations of said rights and interests.

115. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) an award of civil damages between $1,000,000 USD and $5,000,000 USD or otherwise as the Jury determines under the aggravating factors present in this case, jointly and severally against all Counter-Defendants and all Cross-Defendants;

b) because they clearly acted with malicious intent, reckless disregard and/or deliberate indifference not only for the rights of undersigned but also regarding the political free and equal speech rights of all local Conservatives, Populists and/or similar voters, an appropriate award of punitive damages jointly and severally against all Counter-Defendants and individual Cross-Defendant Jon Mark Hogg;

c) an issuance of permanent injunctive relief restraining Counter-Defendants, Cross-Defendants, and their agents, actors, and associates, from ever either harassing or unlawfully imposing any such similar restraints and/or deceptions upon said rights and interests again;

d) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

e) and, all other available relief just and true and proper within these premises.

<u>NINTH CAUSE OF ACTION – [ **NON-JURY RELIEF** ]</u>

Criminal Information for this Court's mandatory issuances of criminal process (against Counter-Defendant Carla Schoonover, Cross-Defendant Jon Mark Hogg, Palo Pinto County Judge Shane Long, Palo Pinto County Commissioners Jim Pollock, Mike Reed and Jeff Fryer, Palo Pinto County Attorney Maegan Kostiha, and Palo Pinto County Clerk Janette Green)

116. All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

117. By individually perpetrating criminal election interference and by also conspiring to commit election interference, all above named individuals have caused unlawful harm and injury to not only the rights and interests of undersigned Counter/Cross-Plaintiffs Murphy and Johnson, but also to the political, voting and related rights and interests of the general populace and local electorate, and the prosecution of such election interference crimes is mandatory by federal law, as has already been fully detailed *supra* at 9-10.

118. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) prompt issuance of this Court's formal criminal process, as mandated by federal law for probable cause of election interference crimes detailed herein, against individual felony offenders SHANE LONG, JIM POLLOCK, MIKE REED, JEFF FRYER, MAEGAN KOSTIHA, JANETTE GREEN, CARLA SCHOONOVER a.k.a. CARLA SCHOONOVER PORTER a.k.a. CARLA SCHOONOVER-PORTER, and JON MARK HOGG;

b) and, all other available relief just and true and proper within these premises.

<u>TENTH CAUSE OF ACTION – **[ NON-JURY RELIEF ]**</u>

For various administrative/professional/other declaratory relief by the Court

(against Counter-Defendant Carla Schoonover, Cross-Defendant Jon Mark Hogg, Palo Pinto County Judge Shane Long, Palo Pinto County Commissioners Jim Pollock, Mike Reed and Jeff Fryer, Palo Pinto County Attorney Maegan Kostiha, and Palo Pinto County Clerk Janette Green)

119. All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

120. By individually perpetrating criminal election interference and by also conspiring to commit election interference, all above named individuals have caused unlawful harm and injury to not only the rights and interests of undersigned Counter/Cross-Plaintiffs Murphy and Johnson, but also to the political, voting and related rights and interests of the general populace and local electorate, and such nefarious treason and utter betrayals of their various oaths of office is more than enough cause for this Court to order their removals from office, forfeitures of licenses and bonds, and all such related relief to permanently prevent their any opportunity for future abuses.

121. WHEREFORE, Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) administrative relief in the nature of appropriate order(s) causing said removals from office, forfeitures of licenses and bonds, and all such related relief to permanently prevent any opportunity for future abuses of power by either Counter-Defendant Carla Schoonover, Cross-Defendant Jon Mark Hogg, Palo Pinto County Judge Shane Long, Palo Pinto County Commissioners Jim Pollock, Mike Reed and Jeff Fryer, Palo Pinto County Attorney Maegan Kostiha, and/or Palo Pinto County Clerk Janette Green;

b) professional discipline in the nature of referring each attorney of the immediately above listed persons unto the Texas State Bar for further proceedings accordingly;

c) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

d) and, all other available relief just and true and proper within these premises.

### ELEVENTH CAUSE OF ACTION

42 U.S.C. § 1983, 1st and 14th Amendments, federal election crimes

Texas election ticket ballot eligibilities of Kamala Harris and Nicole Shanahan

(against Cross-Defendant Jane Nelson in her capacity as Texas Secretary of State)

122. All of the allegations contained within all paragraphs above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

123. We specifically restate and re-emphasize all above paragraphs pertaining to the true legal definition of "natural born citizen" requiring U.S. citizen parents at the birth of the person in question, *supra* at 11-13.

124. We specifically restate and re-emphasize all above paragraphs pertaining to the fact that federal criminal prosecutions of federal election crimes and of certain federal civil rights crimes are expressly mandatory by law, *supra* at 9-11.

125. The Qualifications Clause set forth in Article II, Section 1, Clause 5 of the federal Constitution requires the President to be a natural born citizen, at least thirty-five years of age, and a resident of the United States for at least fourteen years. The Twelfth Amendment requires the Vice-President to have all of the same eligibility factors as is required for the President, plus adds an Elector block to both said officeholders residing in the same State (irrelevant herein).

126. Repeating, Kamala Harris is a ***native born*** citizen, being born on U.S. soil to parents who were not U.S. citizens at the time of her birth, hence she is only of that middle U.S. citizenship tier, and therefore she is not a top tier ***natural born*** citizen eligible for either the Presidency or Vice-Presidency.

127. Repeating, Nicole Shanahan is a ***native born*** citizen, being born on U.S. soil to parents who were not U.S. citizens at the time of her birth, hence she is only of that middle U.S. citizenship tier, and therefore she is not a top tier ***natural born*** citizen eligible for either the Presidency or Vice-Presidency.

128. Cross-Defendant Jane Nelson, in her official capacity as Texas Secretary of State, is the highest elections officer of the State of Texas, and she is responsible and liable for the

authenticity, accuracy, constitutional validity and associated certifications of any and all elections records for the State of Texas, including records from previous election cycles.

129.  Cross-Defendant Jane Nelson now knows, by virtue of this pleading duly served with Summons upon her, that the 2020 election records for Texas listing the Biden-Harris ticket are all unconstitutionally fraudulent, and she therefore has an affirmative duty to correct those governmental records, as well as any consequential records and/or certifications or other transactions derived therefrom.

130.  Cross-Defendant Jane Nelson now knows, by virtue of this pleading duly served with Summons upon her, that any and all 2024 Texas primary ballots, 2024 Texas general election ballots, and any and all other related Texas election records and transaction based upon either the former 2024 Biden-Harris ticket, or any new 2024 Harris-Walz ticket, or upon any other ticket involving Harris as a paired candidate for either the Presidency or Vice-Presidency, are all fraudulent election records, and she therefore has an affirmative duty to correct those records, as well as any consequential records and/or certifications or other transactions derived therefrom, including striking or otherwise preventing such illegal ballots to appear or be used anywhere within Texas for purposes of either early voting or day-of voting as part of the upcoming November 5th, 2024 general election.

131.  Cross-Defendant Jane Nelson now knows, by virtue of this pleading duly served with Summons upon her, that any and all 2024 Texas primary ballots, 2024 Texas general election ballots, and any and all other related Texas election records and transaction based upon the 2024 Kennedy-Shanahan ticket, or upon any other ticket involving Shanahan as a paired candidate for either the Presidency or Vice-Presidency, are all fraudulent election records, and she therefore has an affirmative duty to correct those records, as well as any consequential records and/or

43

certifications or other transactions derived therefrom, including striking or otherwise preventing such illegal ballots to appear or be used anywhere within Texas for purposes of either early voting or day-of voting as part of the upcoming November 5th, 2024 general election.

132. States have the power to judge the qualifications of presidential and vice-presidential candidates and to exclude ineligible candidates from the ballot, and those are justiciable issues within the federal courts. See, e.g., *Lindsay v. Bowen*, 750 F.3d 1061 (9th Cir. 2014), and *Hassan v. Colorado*, 870 F.Supp.2d at 1198–201, aff'd, 495 Fed. App'x 947, No. 12–1190, 2012 WL 3798182, *1 (10th Cir. Sept. 4, 2012).

133. WHEREFORE, *if Cross-Defendant Jane Nelson fails to appropriately correct* at least said current 2024 election records, and particularly ballots to be used for Texas voters in the November 5th, 2024 general election, containing constitutionally ineligible candidates such as Kamala Harris and Nicole Shanahan who are not natural born citizens, then Counter/Cross-Plaintiffs Murphy and Johnson seek various due and owing relief in the following forms:

a) prompt issuance of this Court's formal criminal process against Jane Nelson, as mandated by federal law for probable cause of election interference crimes detailed herein;

b) referral to Texas authorities for related state criminal charges involving fraudulent governmental records, fraudulent election records, and defrauding the general public;

c) removal from office for wanton fraud upon the State of Texas and all Texans, gross malfeasance, gross misconduct, gross maladministration, and so forth and so on;

d) an appropriate award of civil damages for violating the undersigned's rights to free, fair and honest elections;

e) an award of reasonable and necessary attorney's fees, costs, and expenses herein;

f) and, all other available relief just and true and proper within these premises.

CONCLUSION

The Palo Pinto County electioneering Order is and was void, being knowingly and willfully promulgated in direct defiance of well-established Texas law and procedure for all such things, and the same Order violated the undersigned Counter/Cross-Plaintiffs' rights and interests, also causing harm and injuries to the general populace and local electorate. The fact that the County, even after the 5th Circuit had enjoined major provisions of said Order, kept on displaying the same unlawful Order unto all of the public as gospel, without any peep of any notice of said 5th Circuit modifications to said Order, is proof enough in itself of the conspiracy intent to deceive by all of the actors and agents of Cross-Defendant Palo Pinto County variously named herein.

The undersigned Defendants have done nothing unlawful as was falsely alleged by Plaintiffs in their political retaliation of filing sham lawsuit against us shortly after "their side" lost big in the 5th Circuit, and the conspiracy by Plaintiffs with their attorney to leverage their sham lawsuit, along with an outrageous and widespread campaign of personal libel against us, is proof enough in itself of malicious intent to perpetrate various harms and injuries to our rights, persons, good names and reputations, and we are entitled under law to just compensation and other due relief.

The actions of Counter-Defendants and Cross-Defendants are clearly and manifestly unjust, and they are wanton acts of knowing and intentional election interference, not only against the undersigned Counter/Cross-Plaintiffs, but also against the general populace and local electorate, hence each such offending individual should be held fully accountable and punished accordingly.

Kamala Harris and Nicole Shanahan, who are anchor babies and native born U.S. citizens, but not natural born citizens, are constitutionally ineligible to run for, or be, either President and/or Vice-President of the United States, since neither had any U.S. citizen parents at their own births, and accordingly, neither can be allowed to appear upon any State's 2020 general election ballots.

45

Further, because the Biden-Harris 2020 ticket, as well as the Biden-Harris Administration, are both patently void for the exact same constitutionally ineligibility of Harris, President Donald J. Trump and his then-running-mate, Mike Pence, actually won the 2020 general election by virtue of being the only eligible major party ticket appearing upon the 2020 ballots across the nation, absolutely regardless of any and all "vote count irregularities" occurring within the swing States.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, PREMISES CONSIDERED, Defendants pray that their answer be deemed good and sufficient, that all claims by Plaintiffs against undersigned Defendants be dismissed, with prejudice, that Plaintiffs take nothing, and that such other and further relief, legal and equitable, including costs and expenses, plus applicable attorney's fees, be awarded Defendants, including for due relief as stated therein for each above Count of violations, harms and injuries perpetrated, involving generally the following types:

f) appropriate awards of civil damages as prior stated;

g) appropriate awards of punitive damages as prior stated;

h) certain forms of declaratory relief as prior stated;

i) certain forms of administrative relief as prior stated;

j) certain forms of professional discipline as prior stated;

k) issuance of this Court's criminal process, as mandated by federal law for probable cause of election interference crimes detailed above, against individual felony offenders SHANE LONG, JIM POLLOCK, MIKE REED, JEFF FRYER, MAEGAN KOSTIHA, JANETTE GREEN, CARLA SCHOONOVER a.k.a. CARLA SCHOONOVER PORTER a.k.a. CARLA SCHOONOVER-PORTER, and JON MARK HOGG;

l) and, because these matters involve manifest, present and ever-continuing violations and harms of First Amendment political speech and political participation rights, the Court should therefore expedite such same matters and timeline periods herein when issuing its forthcoming Scheduling Order, and also consider likewise for any and all other issues herein.

Dated: August 7th, 2024

Respectfully submitted,


Lann Murphy
531 Grant Road
Mineral Wells, TX 76067
Tel: (940) 328-4718
Email: lanntex@mac.com
*Defendant and Counter/Cross-Plaintiff*

Brandon Johnson
2603 N. Highway 281
Mineral Wells, TX 76067
Tel: (940) 452-2547
Email: bejohnson247@gmail.com
*Defendant and Counter/Cross-Plaintiff*


## CERTIFICATE OF SERVICE

We hereby certify: that on this _7th_ day of August, 2024, a true and complete copy of the above *Joint First Amended Counter-Complaint and Cross-Complaint*, by depositing same via certified first class postage prepaid mail, RRR via USPS, or equivalent form of tracked carrier delivery, has been duly served upon each of the following:

*(Plaintiffs and Counter-Defendants)*
The 134 PAC LLC and Carla Schoonover
c/o Jon Mark Hogg, SBN 00784286
Jon Mark Hogg PLLC
421 W. Concho Avenue
San Angelo, TX 76903

*(Defendant Russell Hess)*
Russell Hess
1229 River View Road
Millsap, TX 76066

*(Cross-Defendant Palo Pinto County)*
The County of Palo Pinto, Texas
c/o County Commissioners of Palo Pinto County
c/o Palo Pinto County Judge Shane Long
520 Oak Street / P.O. Box 190
Palo Pinto, TX 76484

*(Cross-Defendant Palo Pinto County)*
The County of Palo Pinto, Texas
c/o Maegan Kostiha, SBN 24090660
Palo Pinto County Attorney
520 Oak Street / P.O. Box 190
Palo Pinto, TX 76484

*(Cross-Defendant Jon Mark Hogg)*
Jon Mark Hogg, SBN 00784286
c/o Jon Mark Hogg PLLC
421 W. Concho Avenue
San Angelo, TX  76903

_____
Lann Murphy

_____
Brandon Johnson